IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ELECTRONIC IDENTIFICATION | § | |
| DEVICES, LTD., | § | |
| PLAINTIFF, | § | |
| | § | CAUSE NO. A-04-CA-073-LY |
| V. | § | |
| | § | |
| DIGITAL ANGEL CORP., | § | |
| DEFENDANT. | § | |

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On this same date, this Court signed an order dismissing without prejudice Plaintiff's cause of action. Accordingly, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all Plaintiff's cause of action is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case hereby **CLOSED**.

SIGNED this _17th_ day of September, 2004.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

27